```
STEPHANIE HINDS, CABN 154284
United States Attorney
PETER K. THOMPSON, HIBN 5890
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CABN 223600
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (510) 970-4809
     Facsimile: (415) 744-0134
     E-Mail: Margaret.Branick-Abilla@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ELOISE MCLEMORE,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | Case no. 3:21-cv-06393-EMC<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

　　IT IS HEREBY STIPULATED, by and between plaintiff Kimberley Eloise McLemore (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

　　On remand, the Appeals Council will remand the case to an administrative law judge (ALJ). The Appeals Council will instruct the ALJ to offer Plaintiff the opportunity for a new hearing; further

Stipulation & [Proposed] Order
3:21-cv-06393-EMC

evaluate all relevant evidence; reassess Plaintiff's residual functional capacity, as appropriate; take further action, as warranted, to complete the administrative record; and issue a new decision.

      The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: December 30, 2021         HOMELESS ACTION CENTER

By:   */s/ Rachel Sue Sussman*
RACHEL SUE SUSSMAN
Attorneys for Plaintiff
[*As authorized by email on Dec. 30, 2021]

Dated: December 30, 2021         STEPHANIE HINDS
Acting United States Attorney

By:   */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 1/12/2022

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

Stipulation & [Proposed] Order
3:21-cv-06393-EMC